139 A.3d 1186

IN THE MATTER OF RICHARD L. TICE, AN ATTORNEY AT LAW (ATTORNEY NO. 017641976).

July 22, 2016.

## ORDER

The Disciplinary Review Board having filed with the Court its decision in DRB 15–220, concluding that the violations of *RPC* 1.15(d) and *Rule* 1:21–6 by **RICHARD L. TICE** of **FLEMINGTON,** who was admitted to the bar of this State in 1976, are *de minimis* and undeserving of formal discipline, and that the formal complaint in District Docket No. XIV–2011–0518E therefore should be dismissed, and good cause appearing;

It is ORDERED that the formal complaint against **RICHARD L. TICE** in District Docket NO. XIV–2011–0518E is hereby dismissed.